United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-50058
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS CESAR VIDAL-BOUCHE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-03-CR-1481-ALL-PM
--------------------

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

Carlos Cesar Vidal-Bouche appeals the sentence imposed
following his guilty plea to illegal reentry, specifically the
determination that his Texas conviction for unauthorized use of a
motor vehicle (UUMV) constituted an aggravated felony for
purposes of an eight-level enhancement under U.S.S.G.
§ 2L1.2(b)(1)(C) (2000). We affirm.

Vidal's argument that Texas's UUMV offense does not
constitute a "crime of violence" under 18 U.S.C. § 16(b) is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

foreclosed by <u>United States v. Galvan-Rodriguez</u>, 169 F.3d 217, 219 (5th Cir. 1999).  Similarly, his contention that the Constitution prohibits the process by which an Article III judge applies the U.S.S.G. § 2L1.2(b)(1)(C) enhancement is foreclosed by <u>United States v. Pineiro</u>, 377 F.3d 464, 467-68 (5th Cir. 2004), <u>petition for cert. filed</u> (U.S. July 14, 2004) (No. 04-5263).  We are bound by our precedent absent an intervening Supreme Court decision or a subsequent en banc decision.  <u>See</u> <u>United States v. Short</u>, 181 F.3d 620, 624 (5th Cir. 1999).

AFFIRMED.